RECEIVED
FILED

FEB 27  2:30 PM '14

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  Name of Attorney  Jeffrey F. Nudelman
   Bar #    OSB 86328
2  Address  1121 SW Salmon Street, Suite 500
            Portland, OR  97205
3  Phone #  503-450-0819
   e-mail address  jeffn@harsch.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:                          )   Bankruptcy No.: 08-10936-mkn
                                )   Chapter 7
SILVER STATE HELICOPTERS, LLC   )
                                )   MOTION TO WITHDRAW MONEY
                                )   UNDER 28 U.S.C. SECTION 2042
                                )
                                )   Hearing Date:
                    Debtor(s).  )   Hearing Time:
                                )

There was a dividend check in the amount $ 38,792.72  in the above-named case issued to
Investment Properties - Nevada, LLC
HARSCH INVESTM—.  Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C.

Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

☑  Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

☐  Claimant is not the creditor but is entitled to payment of these moneys because **(Please state the basis for your claim to the moneys)**

1  Please attach copies of any supporting documentation.[1]

2

3  Date: February 20, 2014

4

5                              Harsch Investment Properties- Nevada, LLC

6                         By: _____
                              (Signature of Claimant or Attorney)

7                              Jeffrey F. Nudelman
                              _____
8                              Printed Name                500
                              1121 SW Salmon Street, Suite

9
                              Portland, OR 97205
10                            _____
                              Mailing Address

11

12

---

[1] (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v) Attach other documents showing entitlement should none of the foregoing apply.