TROY FOX, TRUSTEE
601 S. 10th St. Suite 202
Las Vegas, NV 89101
Phone: (702) 382-1007
Fax: (702) 382-1921
E-mail: TrusteeFox@FICLegal.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: 08-10936-MKN |
| --- | --- |
| Silver State Helicopters, LLC | Chapter 7 |
| Debtor(s). | **APPLICATION TO DEPOSIT UNCLAIMED FUNDS** |

TO:        Clerk, United States Bankruptcy Court

FROM:    Troy Fox, Chapter 7 Trustee

    Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| <u>Claim #</u> | <u>Claimant & Claimant's Address</u> | CAS 106000 | CAS 613300 |
| --- | --- | --- | --- |
| A-D587 | Phoenix Freight Forwarding, Inc.<br>PO Box 27381<br>Tempe AZ 85285 | | $ 72.77 |
| | Total: | $ 0.00 | $ 72.77 |

DATED: December 13, 2024

                                                                             Troy Fox, Trustee